# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Filamatic | 11/30/2022 | Wire | $ 6,422.80 |
| Akorn Operating Company, LLC | Filamatic | 12/9/2022 | Wire | $ 18,495.90 |
| Akorn Operating Company, LLC | Filamatic | 1/6/2023 | Wire | $ 22,627.80 |
| Akorn Operating Company, LLC | Filamatic | 1/27/2023 | Wire | $ 7,514.29 |
| Akorn Operating Company, LLC | Filamatic | 2/8/2023 | Wire | $ 6,087.43 |
| Akorn Operating Company, LLC | Filamatic | 2/14/2023 | Wire | $ 3,162.05 |
|  |  |  |  | $ 64,310.27 |