# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWAR

| | | |
|---|---|---|
| **AKORN HOLDING COMPANY, LLC,** *et al.* | * | Chapter 7 |
| Debtors | * | Case No. 23-10253 (KBO) (Jointly Administered) |
| *  *  *  *  *  * * | * | *  *  *  *  *  * |
| **GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC** *et al.,* Plaintiff | * * | Adv. Proc. No.: 25-50341 (KBO) |
| v. | * | |
| **FILAMATIC** | * | |
| Defendant | * | |

## ENTRY OF APPEARANCE

PLEASE enter the appearance of Catherine Di Lorenzo, of Morton Valihura & Zerbato, LLC and its attorneys on behalf of Filamatic.

                    **MORTON, VALIHURA & ZERBATO, LLC**

                    /s/ *Catherine Di Lorenzo*
                    David C. Zerbato, Esquire (DE ID No. 5475)
                    Greenville Professional Center
                    3704 Kennett Pike, Suite 200
                    Greenville, DE 19807
                    302.426.1313
                    cdilorenzo@mvzllc.com
                    *Attorney for Filamatic*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWAR**

| | | |
|---|---|---|
| **AKORN HOLDING COMPANY, LLC,** *et al.* | * | Chapter 7 |
| Debtors | * | Case No. 23-10253 (KBO) (Jointly Administered) |
| *   *   *   *   *   *   * | * | *   *   *   *   *   * |
| **GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC** *et al.*, Plaintiff | * * | Adv. Proc. No.: 25-50341 (KBO) |
| v. | * | |
| **FILAMATIC** | * | |
| Defendant | * | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of October, 2025, the foregoing was served, via CM/ECF and/or first class mail, postage prepaid, upon:

George Miller
1628 John F. Kennedy Blvd. #950
Philadelphia, PA 19103


Turner Falk
Saul Ewing LLP
1500 Market Street
Center Square West, 38th Floor
Philadelphia, PA 19102

Evan T. Miller
Saul Ewing LLP
1201 N. Market Street, Suite 2300
P. O. Box 1266
Wilmington, DE 19899

DEFC – SoC DiLorenzo
DE201900000528

Michelle G. Novick
Saul Ewing LLP
161 N. Clark St
Suite 4200
Chicago, IL 60601

Steven C. Reingold
Saul Ewing LLP
131 Dartmouth Street
Boston, MA 02116

Paige Noelle Topper
Saul Ewing LLP
1201 N. Market Street
Suite 2300
Wilmington, DE 19801

/s/ Catherine Di Lorenzo
Catherine Di Lorenzo, Esquire