**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 15th day of October, 2025, the foregoing Opposition to Motion to Default Judgment and Motion to Vacate the Order of Default was served, via CM/ECF and/or first class mail, postage prepaid, upon:

                                                    /s/ Catherine Di Lorenzo
                                                  Catherine Di Lorenzo, Esquire