# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **AKORN HOLDING COMPANY, LLC,** *et al.* | * | Chapter 7 |
| Debtors | * | Case No. 23-10253 (KBO) (Jointly Administered) |
| *   *   *   *   *   *   * | * | *   *   *   *   *   * |
| **GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC** *et al.*, Plaintiff | * * | Adv. Proc. No.: 25-50341 (KBO) |
| v. | * | |
| **FILAMATIC** | * | |
| Defendant | * | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of <u>Rick M. Grams, Esq</u>. to represent Defendant Filamatic in this action.

           **MORTON, VALIHURA & ZERBATO, LLC**

           /s/ *Catherine Di Lorenzo*
           Catherine Di Lorenzo, Esquire (DE ID No. 5475)
           Greenville Professional Center
           3704 Kennett Pike, Suite 200
           Greenville, DE 19807
           302.426.1313
           cdilorenzo@mvzllc.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Maryland, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's

Local Rules and with Standing Order for District Court Fund, revised 12/21/23.  I further certify that the fee of $50.00 has been paid to the Clerk of the Court for District Court.

          **MCNEES WALLACE & NURICK, LLC**

          /s/ *Rick M. Grams*
          Rick M. Grams, Esquire (MD ID No. 28206)
          600 Washington Ave, Suite 300
          Towson, MD 21204
          410.896.5512
          rgrams@mcneeslaw.com

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice is granted.

_____
Judge