**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **AKORN HOLDING COMPANY, LLC,** *et al.* | * | Chapter 7 |
| Debtors | * | Case No. 23-10253 (KBO) (Jointly Administered) |
| *  *  *  *  *  *  * | * | *  *  *  *  *  * |
| **GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC** *et al.*, Plaintiff | * | |
| | * | Adv. Proc. No.: 25-50341 (KBO) |
| v. | * | |
| **FILAMATIC** | * | |
| Defendant | * | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of <u>Rick M. Grams, Esq</u>. to represent Defendant Filamatic in this action.

                                                   **MORTON, VALIHURA & ZERBATO, LLC**

                                                   /s/ *Catherine Di Lorenzo*
                                                   Catherine Di Lorenzo, Esquire (DE ID No. 5475)
                                                   Greenville Professional Center
                                                   3704 Kennett Pike, Suite 200
                                                   Greenville, DE 19807
                                                   302.426.1313
                                                   cdilorenzo@mvzllc.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Maryland, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's

Local Rules and with Standing Order for District Court Fund, revised 12/21/23.  I further certify that the fee of $50.00 has been paid to the Clerk of the Court for District Court.

                                           **MCNEES WALLACE & NURICK, LLC**

                                           /s/ *Rick M. Grams*
                                           Rick M. Grams, Esquire (MD ID No. 28206)
                                           600 Washington Ave, Suite 300
                                           Towson, MD 21204
                                           410.896.5512
                                           rgrams@mcneeslaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice is granted.

*(signature: Ka B. O___.)*

**Dated: October 16th, 2025**                                 **KAREN B. OWENS**
**Wilmington, Delaware**                                           **CHIEF JUDGE**